**NOT FOR PUBLICATION**

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT



| | |
|---|---|
| RICHARD LOUIS ARNOLD PHILLIPS, <br><br> Petitioner - Appellant, <br><br> v. <br><br> DAVE DAVEY, Warden, California State Prison at Corcoran, <br><br> Respondent - Appellee. | No.    16-15487 <br><br> D.C. No. 1:14-cv-01068-LJO-SAB <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of California
Lawrence J. O'Neill, Chief Judge, Presiding

Submitted August 8, 2016[**]
San Francisco, California

Before: WALLACE and GRABER, Circuit Judges, and LYNN,[***] Chief District Judge.

Petitioner's request for a certificate of appealability is **DENIED**.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[***]     The Honorable Barbara M. G. Lynn, United States Chief District Judge for the Northern District of Texas, sitting by designation.